IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| GARY TEDERICK and <br> LISA TEDERICK, individually <br> and on behalf of all others similarly <br> situated, <br><br> Plaintiffs, <br><br> v. <br><br> LOANCARE, LLC, <br><br> Defendant. | CIVIL ACTION NO. 2:22-cv-394 |

## STIPULATION ALLOWING PLAINTIFF TO
## FILE SECOND AMENDED COMPLAINT

Plaintiffs Gary Tederick and Lisa Tederick, individually and on behalf of all others similarly situated, and Defendant LoanCare, LLC, by its respective counsel, jointly agree and stipulate that Plaintiff may file its Second Amended Complaint in order to correct scrivener's errors in the identification of Defendant in the First Amended Complaint (ECF Doc. No. 28). In accordance with Federal Rule of Civil Procedure 15(a)(3), Defendant will have fourteen days after the service of the Second Amended Complaint to move, plead, or otherwise respond to the Second Amended Complaint.

Dated this 24th day of October 2023

*/s/ Andrew C. Skinner*
Andrew C. Skinner, Esquire (VSB #92810)
SKINNER LAW FIRM
P.O. Box 487
Charles Town, WV 25414
304-725-7029/Fax: 304-725-4082
andrewskinner@skinnerfirm.com

and

Stephen G. Skinner, Esquire (Admitted Pro Hac Vice)
SKINNER LAW FIRM
P.O. Box 487
Charles Town, WV 25414
304-725-7029/Fax: 304-725-4082
sskinner@skinnerfirm.com

and

Anthony Joseph Majestro (Admitted Pro Hac Vice)
POWELL & MAJESTRO PLLC
405 Capitol Street
Suite P1200
Charleston, WV 25301
amajestro@powellmajestro.com


/s/ Ethan G. Ostroff
Ethan G. Ostroff (VSB #71610)
TROUTMAN PEPPER HAMILTON SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
ethan.ostroff@troutman.com

and

Erica L. Calderas (Admitted Pro Hac Vice)
HAHN LOESER & PARKS LLP
200 Public Square, Suite 2800
Cleveland, OH 44114
elc@hahnlaw.com